# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 28, 2021

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  303 Creative LLC, et al.
           v. Aubrey Elenis, et al.
           No. 21-476
           (Your No. 19-1413)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on September 24, 2021 and placed on the docket September 28, 2021 as No. 21-476.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst