FILED
United States Court of Appeals
Tenth Circuit

August 9, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

303 CREATIVE LLC, a limited liability company, et al.,

    Plaintiffs - Appellants,

v.

AUBREY ELENIS, et al.,

    Defendants - Appellees.

------------------------------

FOUNDATION FOR MORAL LAW, et al.,

    Amici Curiae.

No. 19-1413
(D.C. No. 1:16-CV-02372-MSK-CBS)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, **BRISCOE**, and **MURPHY**, Circuit Judges.

---

The Supreme Court of the United States entered a judgment on June 30, 2023 reversing the judgment of this court and remanding the cause for further proceedings.

Upon further consideration, the mandate issued to the United States District Court for the District of Colorado on August 17, 2021 is recalled and the judgment of this court filed July 26, 2021 is vacated.

Counsel will be notified if this court desires further briefing prior to disposition of this appeal upon remand.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk