# Case No. 19-1413

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### 303 CREATIVE LLC and LORIE SMITH,

*Plaintiffs-Appellants,*

v.

### AUBREY ELENIS, et al.,

*Defendants-Appellees,*

On appeal from the United States District Court
for the District of Colorado
The Honorable Chief Judge Marcia S. Krieger
Case No. 1:16-cv-02372-MSK

## PLAINTIFFS-APPELLANTS' VERIFIED BILL OF COSTS

Jonathan A. Scruggs
Katherine L. Anderson
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
kanderson@ADFlegal.org

David A. Cortman
John J. Bursch
Kristen K. Waggoner
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
dcortman@ADFlegal.org
jbursch@ADFlegal.org
kwaggoner@ADFlegal.org

*Attorneys for Plaintiffs-Appellants 303 Creative LLC and Lorie Smith*

Pursuant to Federal Rule of Appellate Procedure Rule 39 and Tenth Circuit Rule 39, Plaintiffs-Appellants, 303 Creative LLC and Lorie Smith, respectfully submit the following bill of costs and request the Clerk prepare an itemized statement of costs taxed against Defendants-Appellees, and in favor of Plaintiffs-Appellants, for insertion in the mandate as follows:

| Item Description | Calculation | Total Cost |
| --- | --- | --- |
| Docketing Fee | | $505.00 |
| Cost of printing Opening Brief and Addendum | $0.15 x 129 pages = $19.35<br>$19.35 x 7 copies = $135.45<br><br>Binding<br>$5.00 x 7 copies = $35.00 | $170.45 |
| Cost of printing Reply Brief | $0.15 x 43 pages = $6.45<br>$6.45 x 7 copies = $45.15<br><br>Binding<br>$5.00 x 7 copies = $35.00 | $80.15 |
| Cost of printing Appendix Volume 1 | $0.15 x 264 pages = $39.60<br>$39.60 x 7 copies = $277.20<br><br>Binding:<br>$5.00 x 7 copies = $35.00 | $312.20 |
| Cost of printing Appendix Volume 2 | $0.15 x 255 pages = $38.25<br>$38.25 x 7 copies = $267.75<br><br>Binding<br>$5.00 x 7 copies = $35.00 | $302.75 |

| Cost of printing Appendix Volume 3 | $0.15 x 278 pages = $41.70<br>$41.70 x 7 copies = $291.90<br><br>Binding<br>$5.00 x 7 copies = $35.00 | $326.90 |
|---|---|---|
| Total | | $1,697.45 |

Plaintiffs-Appellants therefore request that this Court tax costs in the amount of $1,697.45 against Defendants-Appellees.

Because copying was done in-house, I certify that our standard billing rate is $.15 per page and have charged at that rate.

I declare under penalty of perjury that these costs are true and accurate and were necessarily incurred by Plaintiffs-Appellants in this action.

Dated: August 10, 2023

Respectfully submitted,

*s/ Jonathan A. Scruggs*

| | |
|---|---|
| Kristen K. Waggoner<br>David A. Cortman<br>John J. Bursch<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>kwaggoner@ADFlegal.org<br>dcortman@ADFlegal.org<br>jbursch@ADFlegal.org | Jonathan A. Scruggs<br>Katherine L. Anderson<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jscruggs@ADFlegal.org<br>kanderson@ADFlegal.org |

*Attorneys for Plaintiffs-Appellants 303 Creative LLC and Lorie Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023 a true and accurate copy of the foregoing document was electronically filed with the Court using the CM/ECF system, which will automatically serve electronic copies upon all counsel of record.

Date: August 10, 2023              *s/ Jonathan A. Scruggs*
                                     Jonathan A. Scruggs