UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 22, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

RE:     19-1413, 303 Creative, et al v. Elenis, et al
         Dist/Ag docket: 1:16-CV-02372-MSK-CBS

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 31, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Katherine Leone Anderson
        Barry K. Arrington
        Marie Bonitatibus
        John J. Bursch
        Wesley R. Butler
        David Carrillo Casarrubias
        David Andrew Cortman
        Matthew Cushing

John Allen Eidsmoe
Scott W. Gaylord
Eric M. Gold
Scott D Goodwin
Jon M. Greenbaum
Patrick Grubel
Adam W. Hofmann
Sarah Hogarth
Holly Iaccarino
Lindsey Kaley
Richard Brian Katskee
Nathan W. Kellum
Craig Konnoth
Alison Faryl Kyles
Vincent Edward Morscher
Sara R. Neel
Mari Newman
Eric Olson
Jack Davy Patten III
Josephine Kendra Petrick
Jennifer C. Pizer
Kate B Sawyer
Gene C. Schaerr
Jonathan Andrew Scruggs
Billy Lee Seiber
Ilya Shapiro
Theresa Lynn Sidebotham
Mark Silverstein
Skippere S. Spear
Michael Stanek
Camilla B Taylor
Jeremy D. Tedesco
Ethan H. Townsend
Kenneth D. Upton Jr.
Meaghan McLaine VerGow
Eugene Volokh
Kristen Waggoner


CMW/lg