FILED
United States Court of Appeals
Tenth Circuit

April 29, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

303 CREATIVE LLC, a limited liability company; LORIE SMITH,

    Plaintiffs - Appellants,

v.

AUBREY ELENIS; CHARLES GARCIA; AJAY MENON; MIGUEL RENE ELIAS; RICHARD LEWIS; KENDRA ANDERSON; SERGIO CORDOVA; JESSICA POCOCK; PHIL WEISER,

    Defendants - Appellees.

------------------------------

FOUNDATION FOR MORAL LAW; CATO INSTITUTE; CENTER FOR RELIGIOUS EXPRESSION; CATHOLICVOTE.ORG EDUCATION FUND; LAW AND ECONOMIC SCHOLARS; TYNDALE HOUSE PUBLISHERS; CROSSROADS PRODUCTIONS, INC., d/b/a Catholic Creatives; WHITAKER PORTRAIT DESIGN, INC., d/b/a Christian Professional Photographers; THE BRINER INSTITUTE, INC.; STATE OF ARIZONA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF WEST

No. 19-1413
(D.C. No. 1:16-CV-02372-MSK-CBS)
(D. Colo.)

VIRGINIA; ROBERT P. GEORGE, Professor; AMERICAN CIVIL LIBERTIES UNION OF COLORADO; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; ANTI-DEFAMATION LEAGUE; BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE; CENTRAL CONFERENCE OF AMERICAN RABBIS; GLOBAL JUSTICE INSTITUTE, METROPOLITAN COMMUNITY CHURCHES; HADASSAH, THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA, INC.; HINDU AMERICAN FOUNDATION; INTERFAITH ALLIANCE FOUNDATION; INTERFAITH ALLIANCE OF COLORADO; MEN OF REFORM JUDAISM; PEOPLE FOR THE AMERICAN WAY FOUNDATION; RECONSTRUCTIONIST RABBINICAL ASSOCIATION; SIKH COALITION; WOMEN OF REFORM JUDAISM; UNION FOR REFORM JUDAISM; STATE OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF VIRGINIA; STATE OF WASHINGTON; LAW PROFESSORS OF THE STATE OF COLORADO; LAW PROFESSORS

FROM THE STATE OF KANSAS; LAW PROFESSORS FROM THE STATE OF NEW MEXICO; LAW PROFESSORS FROM THE STATE OF OKLAHOMA; LAW PROFESSORS FROM THE STATE OF UTAH; LAW PROFESSORS FROM THE STATE OF WYOMING; LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW; SOUTHERN POVERTY LAW CENTER; ASIAN AMERICAN LEGAL DEFENSE & EDUCATION FUND; LATINOJUSTICE PRLDEF; LEADERSHIP CONFERENCE ON CIVIL AND HUMAN RIGHTS; NATIONAL ACTION NETWORK; THE CENTER FOR CONSTITUTIONAL RIGHTS; CENTER FOR CONSITUTIONAL RIGHTS; FLOYD ABRAMS; ERWIN CHEMERINSKY; WALTER DELLINGER; KERMIT ROOSEVELT; AMANDA SHANOR; REBECCA TUSHNET; MAX H. BAZERMAN; MONICA C. BELL; ISSA KOHLER-HAUSMANN; DAVID LAIBSON; ADAM J. LEVITIN; MARY-HUNTER MCDONNELL; NEERU PAHARIA; NINA STROHMINGER; TOM R. TYLER; LAUREN E. WILLIS; LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC.,

    Amici Curiae.

_____

**ORDER**

_____

Before **TYMKOVICH**, **BRISCOE**, and **MURPHY**, Circuit Judges.

_____

This matter is before the court on plaintiffs-appellants' *Renewed and Unopposed Motion for Attorneys' Fees* in which they renew their motion under 42 U.S.C. § 1988 for

3

"an order declaring that they are entitled to an award of attorney fees, expenses, and costs incurred during this litigation and that this matter be remanded to the U.S. District Court for the District of Colorado for it to calculate the amount of such fees, expenses, and costs against Defendants-Appellees ('Colorado')." Appellants further request "reasonable attorney fees, expenses, and costs" for the district court litigation, the 2017 appeal before this court, the Supreme Court litigation, the litigation of the fee motion itself, and the litigation of any appeals related to defense of a fee award.

This court has discretion to award a reasonable attorney's fee to prevailing parties in civil rights cases. *See* 42 U.S.C. § 1988(b) ("In any action or proceeding to enforce a provision of section[] . . . 1983 . . . of this title, . . . the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs . . . .").

"To qualify as a prevailing party, a civil rights plaintiff must obtain at least some relief on the merits of his claim. The plaintiff must obtain an enforceable judgment against the defendant from whom fees are sought." *Farrar v. Hobby*, 506 U.S. 103, 111 (1992) (citations omitted).

On remand from the Supreme Court of the United States to this court, *see 303 Creative LLC v. Elenis*, 143 S. Ct. 2298, 2322 (2023) and of this appeal to the district court, the district court entered an *Amended Final Judgment* [ECF No. 126] entering judgment in appellants' favor on their First Amendment claim. No party has appealed, and the time to appeal has run.

Upon consideration:

A. The court holds that an award of appellate attorney fees is warranted in this case and, accordingly, grants appellants' motion, in part, and awards appellants:

    1. The attorney fees they incurred before this court for this appeal (including the filing of the fee motions in this appeal); and

    2. The attorney fees they incurred before the Supreme Court in *303 Creative, LLC v. Elenis*, No. 21-476.

B. The court denies the following requests for fees, expenses and/or costs:

    1. Appellants' request for costs incurred in this appeal: the court awarded those costs in its Order and Judgment dated August 31, 2023;

    2. Appellants' request for costs incurred in the prosecution of the Supreme Court litigation: the Supreme Court awarded appellants the costs they incurred before it, *see 303 Creative, LLC v. Elenis*, No. 21-476 (June 30, 2023) (judgment);

    3. Appellants' request for attorney fees, expenses, and costs incurred in *303 Creative LLC v. Elenis*, No. 17-1344, 746 F. App'x 709, 711-12 (10th Cir. 2018): that appeal was dismissed for lack of jurisdiction, *see id.*;

4. Appellants' request for attorney fees, expenses, and costs incurred in the district court litigation: as the renewed motion notes, the district court has retained jurisdiction over the action underlying this appeal for the purposes of determining and entering an award for the attorney fees and costs appellants incurred before it; and

5. Appellants' request for attorney fees, expenses and costs for "appeals related to defense of a fee award," which request is premature and may be renewed if future circumstances warrant.

The court remands the case to the district court to determine the appropriate amount of the fee award. *See Hoyt v. Robson Cos., Inc.*, 11 F.3d 983, 985 (10th Cir. 1993) ("Should we decide that it is appropriate to award . . . fees, we may then remand to the district court to determine an award of reasonable fees.").

A copy of this order shall stand as a supplement to the mandate the court issued on September 22, 2023.

> Entered for the Court
>
> CHRISTOPHER M. WOLPERT, Clerk